UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-8014-Matthewman

UNITED STATES OF AMERICA

v.

SHERMECO COX,

               **Defendant.**
_____/

FILED BY SW D.C.

Jan 12, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.  188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:  (561) 820-8711
Fax:  (561) 820-8777
Email:  Aurora.Fagan@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| SHERMECO COX, | ) | |
| *Defendant(s)* | ) | |

FILED BY __SW__ D.C.

Jan 12, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

26-mj-8014-Matthewman

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/08/2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iv) | Alien Smuggling |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

JOSHUA J WOODBURY

Digitally signed by JOSHUA J WOODBURY
Date: 2026.01.12 08:35:11 -05'00'

*Complainant's signature*

Joshua Woodbury, Special Agent

*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: January 12, 2026

*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Woodbury, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since June 2008. Prior to my employment with HSI, I worked as a United States Customs Inspector for six and a half years. As part of my duties and responsibilities as an HSI Special Agent, I have become familiar with the criminal offenses set forth in Title 8, 18, 19, and 21 of the United States Code, as well as the Immigration and Nationality Act. Moreover, I have conducted investigations involving human smuggling, drug smuggling and their related criminal activity and have become familiar with the methods and schemes employed by individuals who smuggle persons, merchandise and narcotics into the United States.

2. The facts set forth in this affidavit are based on my personal knowledge, information obtained from others, including other law enforcement officers, my review of documents, pictures, GPS data, text messages and computer records. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal Complaint, I have not included each and every fact known to me and law enforcement, rather, I have included only those facts necessary to establish probable cause to believe that, on or about January 08, 2026 defendant Shermeco COX, did knowingly encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

PROBABLE CAUSE

3. In the early morning hours of January 8, 2026, Palm Beach County Sheriff's Office (PBSO) Marine Enforcement Unit (MEU) observed a vessel on radar approximately 17 miles off the coast of Palm Beach County traveling in a southwest direction. After observing the vessel on radar travelling at varying speeds and heading on a course towards Lake Worth Beach, PBSO MEU launched a patrol vessel to attempt to locate and identify the vessel. PBSO Aviation Unit (Eagle) as well as United States Coast Guard (USCG), Customs and Border Protection Air and Marine (CBPAMO), and Homeland Security Investigations (HSI) were notified of the target of interest heading towards the Florida coastline.

4. PBSO Eagle arrived on scene and notified the law enforcement personnel responding that a cuddy cabin style vessel with four (4) people visible on deck appeared to be traveling with no navigation lights. Responding PBSO MEU deputies positioned their vessel behind the unlit vessel to attempt a stop of the vessel. Prior to energizing law enforcement lights and sirens, the captain of the vessel spotted the approaching law enforcement vessel and throttled down the vessel coming to a complete stop, abandoned the captain's chair and proceeded to lie face down on the deck of the boat. The individual observed abandoning the captain's chair was later identified as Shermeco COX, a citizen and national of the Bahamas. COX stopped the vessel approximately 4.5 nautical miles due east of Lake Worth Beach, Florida. On approach PBSO MEU also observed several more people secreted within the forward cuddy cabin area of the vessel. A total of six more persons were in the front of the vessel for a total of ten (10) persons on board, two (2) Bahamian males, four (4) Haitian male adults, one (1) Haitian male minor, and three (3) Haitian adult females.

Upon determining that all ten (10) individuals did not possess the proper documentation to enter the United States legally, all aliens were embarked on the USCG Cutter Yered. Also observed onboard near the captain's chair was COX's cell phone, which was open to a navigation app with a track line headed to the Southern District of Florida.

5. On January 10, 2026, COX disembarked the USCG Cutter Etheredge and was taken to the United States Border Patrol station (USBP) in Riviera Beach, Florida to be interviewed by HSI Agents. During a post Miranda interview with HSI Agents, COX admitted that he was the captain of the vessel observed by PBSO Eagle and later identified by PBSO MEU deputies. COX told agents that they were supposed to land the vessel in the Boynton Beach area, and that he was going to stay here in the United States. COX also admitted that he was to be paid $5,000 for successfully smuggling the aliens into the United States.

(Remainder of page intentionally left blank.)

6. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 8, 2026, defendant Shermeco COX did knowingly encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

JOSHUA J WOODBURY
Digitally signed by JOSHUA J WOODBURY
Date: 2026.01.12 08:36:47 -05'00'

Joshua Woodbury
Special Agent
HSI

Subscribed and sworn to before me, by Telephone (FaceTime), in accordance with the requirements of Fed. R. Crim. P. 4.1, on this  12th    day of January, 2026.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE